1  **WO**

2

3

4

5  **NOT FOR PUBLICATION**

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE DISTRICT OF ARIZONA

8

9  BRT Funding, LLC, a Delaware limited ) No. CV-08-01151-PHX-FJM
   liability company,                   )
10                                       )  **ORDER**
                    Plaintiff,           )
11                                       )
   vs.                                   )
12                                       )
                                         )
13 Carlsbad Development I, LLC, a Utah)
   limited liability company; Richard C.)
14 Bennion and Jane Doe Bennion, husband)
   and wife; Tad Gygi and Jane Doe Gygi,)
15 husband and wife; Rand Krantz and Jane)
   Doe Krantz, husband and wife; D. Gregory)
16 Hales and Jane Doe Hales, husband and)
   wife,                                 )
17                                       )
                    Defendants.          )
18                                       )
                                         )
19 _____)

20

21      The court has before it plaintiff BRT Funding, LLC's motion to stay consideration of

22 defendants' motion to dismiss (doc. 56). After a long period of inaction and a second entry

23 of default, defendants Joan Bennion, Colleen Gygi, Susan Krantz, and Terri Hales moved to

24 set aside the latest entry of default (doc. 52) and dismiss plaintiff's claims (doc. 53). Plaintiff

25 responded to the motion to set aside, but it moves to stay consideration of defendants' motion

26 to dismiss. Because it would be more efficient to consider both of defendants' motions at

27 once, we deny plaintiff's motion to stay.

28

1      **IT IS THEREFORE ORDERED DENYING** plaintiff BRT Funding, LLC's motion

2 to stay (doc. 56). Plaintiff shall respond to defendants' motion to dismiss no later than

3 February 26, 2010.

4      DATED this 24th day of February, 2010.

5

6

7

8                          Frederick J. Martone
                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28